In the Matter of ANTHONY L. GRACZYK, Appellant, against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, et al., Respondents.

(Submitted December 15, 1933; decided January 9, 1934.)

*George A. Marcus* for appellant.

*Mathias P. Poersch, Corporation Counsel (McDonald King* of counsel), for respondents.

Order of the Appellate Division reversed and that of the Special Term affirmed, with costs in the Appellate Division and in this court, on the authority of *Matter of Berry* v. *Brearton* (263 N. Y. 274). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.